BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KELSEY A. STIMSON (Cal. Bar No. 360437)
Assistant United States Attorney
Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8230
    Facsimile: (213) 894-6269
    E-mail:   Kelsey.Stimson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>        v.<br><br>SALVATORE ANTHONY NANIA,<br>  aka "Crook,"<br>  aka "C,"<br><br>       Defendant. | No. CR 25-840-MEMF<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
|---|---|

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: The Warden, Sheriff or Jailor of the California State Prison-Calipatria State Prison, 7018 Blair Road, Calipatria CA 92233, and to any United States Marshal.

GREETING

    WE COMMAND that you produce and deliver the body of defendant SALVATORE ANTHONY NANIA, aka "Crook," aka "C," "defendant," who is now in your custody, before the United States Magistrate Judge, Roybal Federal Building, Courtroom 640, 255 East Temple Street, Los Angeles, California, on December 15, 2025, at 1:30 p.m., in order

1  that defendant may then and there be arraigned and enter a plea at
2  said time and place, and also at such other times as may be ordered
3  by the Court.
4       The delivery of the body of defendant to the courtroom of the
5  aforementioned United States District Court and the return by you of
6  defendant to your custody shall be deemed sufficient compliance with
7  this writ.
8
9  DATE:                    _____
                                         CLERK
10                                       UNITED STATES DISTRICT COURT
                                         CENTRAL DISTRICT OF CALIFORNIA
11
12
                                     BY: _____
13                                            DEPUTY CLERK

2